No. 94–5344.  TRICE *v.* AGER ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 94–5345.  NGENEGBO *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 94–5346.  PLOURDE *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 94–5347.  McCOMBS *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 94–5348.  MLADOSICH-NAVEJAR *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 94–5349.  POWE *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 94–5350.  MARTIN *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 94–5351.  RUSSEL *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 94–5353.  MARLOW *v.* OFFICE OF COURT ADMINISTRATION OF THE STATE OF NEW YORK.  C. A. 2d Cir.  Certiorari denied.

No. 94–5355.  TAYLOR *v.* PETERS ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 94–5357.  HOUSE *v.* CLARKE COUNTY COMMISSION.  Sup. Ct. Ala.  Certiorari denied.

No. 94–5358.  HUGHES *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 94–5359.  KENNEDY *v.* ZIMMERMAN, SUPERINTENDENT, PENNSYLVANIA STATE CORRECTIONAL INSTITUTION AT WAYMART, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 94–5362.  DIGIANNI *v.* STERN'S; and
No. 94–5363.  DIGIANNI *v.* BLOOMINGDALE'S, INC.  C. A. 2d Cir.  Certiorari denied.